**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Maurice SAMUEL, a/k/a Dred,
Defendant–Appellant.**

No. 03–6111.

United States Court of Appeals,
Fourth Circuit.

Submitted March 6, 2003.

Decided March 17, 2003.

Maurice Samuel, Appellant Pro Se. Kasey Warner, United States Attorney, Charleston, West Virginia, for Appellee.

Before WILKINSON, MICHAEL and KING, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Maurice Samuel seeks to appeal the district court's order accepting the recommendation of the magistrate judge and denying relief on his motion filed under 28 U.S.C. § 2255 (2000). We have independently reviewed the record and conclude that Samuel has not made a substantial showing of the denial of a constitutional right. *See Miller–El v. Cockrell,* —— U.S. ——, 123 S.Ct. 1029, —— L.Ed.2d —— (2003). Accordingly, we deny a certificate of appealability and dismiss the appeal. *See* 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*